IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

v.                                              NO.  5:15-CR-00004-001 (MTT)

**KENDRALL MADISON**

## ORDER

For good and sufficient cause shown to the Court, it is hereby ordered that the Petition for Warrant or Summons for Offender Under Supervision (CM/ECF Doc. #42) be dismissed.

**SO ORDERED,** this 29th day of June 2022.

S/ Marc T. Treadwell

_____
MARC T. TREADWELL
CHIEF U.S. DISTRICT JUDGE

Prepared by: JOP